**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: PILARSKI, WILLIAM J            § Case No. 08-73473
       PILARSKI, BARBARA LYNN         §
                                      §
Debtor(s)                             §

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under Chapter 7 of the United States Bankruptcy Code
was filed on October 29, 2008.  The undersigned trustee was appointed on May 19, 2010.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to
the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned
pursuant to 11 U.S.C. § 554  An individual estate property record and report showing the
disposition of all property of the estate is attached as **Exhibit A.**

4.  The trustee realized the gross receipts of            $            70,084.85

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim distribution | 14,535.94 |
| Administrative expenses | 3,933.00 |
| Bank service fees | 327.99 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]     $ | 51,287.92 |

The remaining funds are available for distribution.

5.  Attached as **Exhibit B**  is a cash receipts and disbursements record for each estate bank
account.

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest
earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may
receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on
account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6.  The deadline for filing  non-governmental claims in this case was 07/27/2010 and the deadline for filing governmental claims was 07/27/2010.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as  **Exhibit C** .

7. The Trustee's proposed distribution is attached as  **Exhibit D** .

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $6,027.45.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $6,027.45, for a total compensation of $6,027.45. [2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of   $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/14/2011 _____        By:/s/JAMES E. STEVENS _____
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-73473

**Case Name:** PILARSKI, WILLIAM J
PILARSKI, BARBARA LYNN

**Period Ending:** 10/14/11

**Trustee:** (330420)    JAMES E. STEVENS

**Filed (f) or Converted (c):** 03/04/10 (c)

**§341(a) Meeting Date:** 04/12/10

**Claims Bar Date:** 07/27/10

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) DA=§554(c) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash on hand | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking Account | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking Account State Bank Group Box 350 La | 256.00 | 0.00 | DA | 0.00 | FA |
| 4 | Savings Account | 1,001.00 | 0.00 | DA | 0.00 | FA |
| 5 | CD | 6,000.00 | 6,000.00 | DA | 5,886.36 | FA |
| 6 | Miscellaneous household goods and furnishings , | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | Miscellaneous books, pictures, art objects | 2,600.00 | 0.00 | DA | 0.00 | FA |
| 8 | Miscellaneous wearing apparel | 200.00 | 0.00 | DA | 0.00 | FA |
| 9 | Miscellaneous jewelry | 3,000.00 | 3,000.00 | DA | 5,000.00 | FA |
| 10 | Miscellaneous sports equipment | 300.00 | 0.00 | DA | 0.00 | FA |
| 11 | Fishing Poles & Lures | 400.00 | 0.00 | DA | 0.00 | FA |
| 12 | Life Insurance Policy | 0.00 | 0.00 | DA | 0.00 | FA |
| 15 | IRA - Knights of Columbus | 38,646.00 | 0.00 | DA | 0.00 | FA |
| 16 | IRA States Post Office | 103,000.00 | 0.00 | DA | 0.00 | FA |
| 17 | Pension Regional Council of Carpenters Welfare | 21,503.00 | 0.00 | DA | 0.00 | FA |
| 18 | Bonds - EEE | 12,000.00 | 12,000.00 | DA | 20,057.74 | FA |
| 19 | 2003 Ford Excursion and accessories. | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 20 | Chevrolet Suburban | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 21 | Lincoln Continental | 500.00 | 0.00 | DA | 0.00 | FA |
| 22 | Fishina Champion 186 | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 23 | Dell PC | 500.00 | 0.00 | DA | 0.00 | FA |
| 24 | Lawn Mower | 250.00 | 0.00 | DA | 0.00 | FA |
| 25 | Debtors Residence, 8117 White Oaks Road, - A | 562,500.00 | 0.00 | DA | 0.00 | FA |
| 26 | Vacant Lot,Hayward, Wisconsin  (u) | 15,000.00 | 32,900.00 | DA | 24,600.00 | FA |
| 27 | Turnover funds from Chapter 13  (u) | 0.00 | 0.00 | DA | 14,535.94 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 4.81 | FA |
| 26 | **Assets**    Totals (Excluding unknown values) | **$786,156.00** | **$53,900.00** | | **$70,084.85** | **$0.00** |

Exhibit A

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-73473

**Case Name:**  PILARSKI, WILLIAM J
PILARSKI, BARBARA LYNN

**Period Ending:** 10/14/11

**Trustee:**      (330420)   JAMES E. STEVENS

**Filed (f) or Converted (c):** 03/04/10 (c)

**§341(a) Meeting Date:**   04/12/10

**Claims Bar Date:**        07/27/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**       October 31, 2011

**Current Projected Date Of Final Report (TFR):**       October 3, 2011  (Actual)

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 08-73473
**Case Name:** PILARSKI, WILLIAM J
PILARSKI, BARBARA LYNN
**Taxpayer ID #:** **-***7898
**Period Ending:** 10/14/11

**Trustee:** JAMES E. STEVENS (330420)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******25-65 - Money Market Account
**Blanket Bond:** $372,000.00 (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 02/08/11 | {18} | Federal Reserve Bank of Philadelphia | Savings Bonds Redemption | 1129-000 | 20,057.74 | | 20,057.74 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 20,057.84 |
| 03/07/11 | | Sawyer County Abstract and Title | sale of Wisconsin property | | 22,126.78 | | 42,184.62 |
| | {26} | | 24,600.00 | 1210-000 | | | 42,184.62 |
| | | | county taxes from   -34.27 1/1/2011 to 3/3/2011 | 2500-000 | | | 42,184.62 |
| | | | 2010 real estate taxes   -210.15 paid in full | 2500-000 | | | 42,184.62 |
| | | | real estate commission   -1,800.00 | 3510-000 | | | 42,184.62 |
| | | | settlement fee to Sawyer   -125.00 County Abstract | 2500-000 | | | 42,184.62 |
| | | | owners title insurance   -200.00 | 2500-000 | | | 42,184.62 |
| | | | wire service to Sawyer   -30.00 County | 2500-000 | | | 42,184.62 |
| | | | city/county tax stamps to   -73.80 register of deeds | 2500-000 | | | 42,184.62 |
| 03/29/11 | {9} | Barbara L. Pilarski | settlement amount of pp | 1129-000 | 1,000.00 | | 43,184.62 |
| 03/29/11 | {9} | Barbara L. Pilarski | settlement amount of pp | 1129-000 | 1,000.00 | | 44,184.62 |
| 03/29/11 | {9} | Barbara L. Pilarski | settlement amount of pp | 1129-000 | 1,000.00 | | 45,184.62 |
| 03/29/11 | {9} | Barbara L. Pilarski | settlement amount of pp | 1129-000 | 1,000.00 | | 46,184.62 |
| 03/29/11 | {9} | Barbara L. Pilarski | settlement amount of pp | 1129-000 | 1,000.00 | | 47,184.62 |
| 03/29/11 | {5} | Barbara L. Pilarski | settlement amount of pp | 1129-000 | 5,886.36 | | 53,070.98 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 0.37 | | 53,071.35 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.30 | | 53,072.65 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.34 | | 53,073.99 |
| 05/31/11 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/31/2011 FOR CASE #08-73473, Bond #016018067 | 2300-000 | | 44.78 | 53,029.21 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.43 | | 53,029.64 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.44 | | 53,030.08 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 101.70 | 52,928.38 |
| 08/02/11 | 1002 | iLLINOIS DEPARTMENT OF REVENUE | payment of 2010 tax due 38-6947898 EIN for William Pilarski | 2820-000 | | 221.00 | 52,707.38 |
| 08/03/11 | 1003 | Illinois Department of Revenue | payment taxes 2010 Barbara Pilarski EIN#38-6947898 | 2820-000 | | 221.00 | 52,486.38 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.43 | | 52,486.81 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 122.59 | 52,364.22 |

Subtotals : $53,075.29   $711.07

{} Asset reference(s)

Printed: 10/14/2011 10:36 AM   V.12.57

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 08-73473 | **Trustee:** JAMES E. STEVENS (330420) |
| **Case Name:** PILARSKI, WILLIAM J | **Bank Name:** The Bank of New York Mellon |
| PILARSKI, BARBARA LYNN | **Account:** 9200-******25-65 - Money Market Account |
| **Taxpayer ID #:** **-***7898 | **Blanket Bond:** $372,000.00 (per case limit) |
| **Period Ending:** 10/14/11 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 09/22/11 | 1004 | Patrick Shaw | accounting fees payment per Order 9/21/11 | 3310-000 | | 973.00 | 51,391.22 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -3.63 | 51,394.85 |
| 09/30/11 | | Transfer from account #92003961332566 | Transfer adjustment for service fee | 9999-000 | | -107.33 | 51,502.18 |
| 09/30/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.40 | | 51,502.58 |
| 09/30/11 | | To Account #9200******2566 | transfer to close money market account | 9999-000 | | 51,395.25 | 107.33 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 107.33 | 0.00 |

| | Receipts | Disbursements | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 53,075.69 | 53,075.69 | **$0.00** |
| Less: Bank Transfers | 0.00 | 51,287.92 | |
| **Subtotal** | **53,075.69** | **1,787.77** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$53,075.69** | **$1,787.77** | |

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 08-73473 | **Trustee:** JAMES E. STEVENS (330420) |
| **Case Name:** PILARSKI, WILLIAM J | **Bank Name:** The Bank of New York Mellon |
| PILARSKI, BARBARA LYNN | **Account:** 9200-******25-66 - Checking Account |
| **Taxpayer ID #:** **-***7898 | **Blanket Bond:** $372,000.00 (per case limit) |
| **Period Ending:** 10/14/11 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/04/10 | | TURNOVER FUNDS FROM CHAPTER 13 | | | 0.00 | | 0.00 |
| | {27} | | 14,535.94 | 1290-010 | | | 0.00 |
| | | Cabela's Visa | -804.28 | 7100-000 | | | 0.00 |
| | | US Bank N.A. | -2,374.17 | 7100-000 | | | 0.00 |
| | | Internal Revenue Service | -44.72 | 7100-000 | | | 0.00 |
| | | LVNV Funding LLC its successors and assigns as | -28.40 | 7100-000 | | | 0.00 |
| | | LVNV Funding LLC its successors and assigns as | -5.28 | 7100-000 | | | 0.00 |
| | | LVNV Funding LLC its successors and assigns as | -24.46 | 7100-000 | | | 0.00 |
| | | eCAST Settlement Corporation assignee of | -1,025.89 | 7100-000 | | | 0.00 |
| | | eCAST Settlement Corporation assignee of | -3,038.88 | 7100-000 | | | 0.00 |
| | | PRA Receivables Management LLC As Agent Of | -1,489.64 | 7100-000 | | | 0.00 |
| | | eCAST Settlement Corporation | -844.12 | 7100-000 | | | 0.00 |
| | | eCAST Settlement Corporation | -235.88 | 7100-000 | | | 0.00 |
| | | eCAST Settlement Corporation assignee of | -287.13 | 7100-000 | | | 0.00 |
| | | Roundup Funding, LLC | -3,316.33 | 7100-000 | | | 0.00 |
| | | Roundup Funding, LLC | -1,016.76 | 7100-000 | | | 0.00 |
| 09/30/11 | | From Account #9200******2565 | transfer to close money market account | 9999-000 | 51,395.25 | | 51,395.25 |
| 09/30/11 | | Transfer to account #92003961332565 | Transfer adjustment for service fee | 9999-000 | -107.33 | | 51,287.92 |

|  | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 51,287.92 | 0.00 | $51,287.92 |
| Less: Bank Transfers | | 51,287.92 | 0.00 | |
| **Subtotal** | | 0.00 | 0.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 08-73473 |
| **Case Name:** | PILARSKI, WILLIAM J |
| | PILARSKI, BARBARA LYNN |
| **Taxpayer ID #:** | **-***7898 |
| **Period Ending:** | 10/14/11 |

| | |
|---|---|
| **Trustee:** | JAMES E. STEVENS (330420) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******25-67 - Money Market Account |
| **Blanket Bond:** | $372,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | **0.00** | **0.00** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-******25-65** | **53,075.69** | **1,787.77** | **0.00** |
| **Checking # 9200-******25-66** | **0.00** | **0.00** | **51,287.92** |
| **MMA # 9200-******25-67** | **0.00** | **0.00** | **0.00** |
| | **$53,075.69** | **$1,787.77** | **$51,287.92** |

Printed: 10/14/11 10:37 AM

# Claims Distribution Register

Page: 1

## Case:  08-73473   PILARSKI, WILLIAM J

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Secured Claims:** | | | | | | | | |
| 1 | 11/11/08 | 100 | Citimortgage Inc. PO Box 6941 The Lakes, NV 88901-6941 <4110-00  Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)> Claim No. 1 is allowed as a secured claim but disallowed for purposes of distribution.  The Bankruptcy Code having no provision for payment of secured claims out of the general funds of the Chapter 7 Bankruptcy Estate. | 308,660.71 | 0.00 | 0.00 | 0.00 | 0.00 |
| | **Priority 100:   0% Paid** | | | | | | | |
| **Admin Ch.  7 Claims:** | | | | | | | | |
| | 03/04/10 | 200 | JAMES E. STEVENS 6833 Stalter Drive Rockford, IL 61108 <2100-00   Trustee Compensation> | 6,027.45 | 6,027.45 | 0.00 | 6,027.45 | 6,027.45 |
| | 03/04/10 | 200 | BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA LLP 6833 STALTER DRIVE ROCKFORD, IL 61108 <3110-00   Attorney for Trustee Fees (Trustee Firm)> | 4,806.50 | 4,806.50 | 0.00 | 4,806.50 | 4,806.50 |
| | 03/04/10 | 200 | BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA <3120-00   Attorney for Trustee Expenses (Trustee Firm)> | 43.15 | 43.15 | 0.00 | 43.15 | 43.15 |
| | **Total for Priority 200:   100% Paid** | | | **$10,877.10** | **$10,877.10** | **$0.00** | **$10,877.10** | **$10,877.10** |
| | **Total for Admin Ch.  7 Claims:** | | | **$10,877.10** | **$10,877.10** | **$0.00** | **$10,877.10** | **$10,877.10** |
| **Priority Claims:** | | | | | | | | |
| 5P | 01/07/09 | 570 | Internal Revenue Service PO BOX 21126 Philadelphia, PA 19114 <5800-00   Claims of Governmental Units> Order enterd 9/28/2011Disallowing claim | 13,761.99 | 0.00 * | 0.00 | 0.00 | 0.00 |
| 17 | 06/14/10 | 570 | Internal Revenue Service PO BOX 21126 Philadelphia, PA 19114 <5800-00   Claims of Governmental Units> order entered 9/28/2011 disallowing claim | 959.32 | 0.00 * | 0.00 | 0.00 | 0.00 |
| | **Total for Priority 570:   0% Paid** | | | **$14,721.31** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| | **Total for Priority Claims:** | | | **$14,721.31** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

(*) Denotes objection to Amount Filed

Printed: 10/14/11 10:37 AM

# Claims Distribution Register

Page: 2

## Case:  08-73473   PILARSKI, WILLIAM J

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Unsecured Claims:** | | | | | | | | |
| 2 | 11/19/08 | 610 | Cabela's Visa<br>PO Box 82575<br>Lincoln, NE 68501-2575<br><7100-00   General Unsecured § 726(a)(2)><br>$804.28 paid through the Chapter 13 Plan which was ultimately converted to the Chapter 7. | 9,034.15 | 9,034.15 | 804.28 | 8,229.87 | 1,911.14 |
| 3 | 12/02/08 | 610 | US Bank N.A.<br>POB 5229<br>Cincinnati, OH 45201-5229<br><7100-00   General Unsecured § 726(a)(2)><br>$2,374.17 paid through the Chapter 13 bankruptcy. | 26,985.23 | 26,985.23 | 2,374.17 | 24,611.06 | 5,736.86 |
| 4 | 12/23/08 | 610 | Direct Loans Servicing Center<br>US Dept. of Education<br>PO Box 5609<br>Greenville, TX 75403-5609<br><7100-00   General Unsecured § 726(a)(2)> | 17,696.19 | 17,696.19 | 0.00 | 17,696.19 | 5,319.00 |
| 5U | 01/07/09 | 610 | Internal Revenue Service<br>PO BOX 21126<br>Philadelphia, PA 19114<br><7100-00   General Unsecured § 726(a)(2)><br>$44.72 previously paid through the Chapter 13 Plan | 508.30 | 508.30 | 44.72 | 463.58 | 108.06 |
| 6 | 01/07/09 | 610 | LVNV Funding LLC its successors and<br>assigns as<br>assignee of Citibank<br>Resurgent Capital Services,PO Box 10587<br>Greenville, SC 29603-0587<br><7100-00   General Unsecured § 726(a)(2)><br>$28.40 paid through the Chapter 13 bankruptcy. | 322.88 | 322.88 | 28.40 | 294.48 | 68.65 |
| 7 | 01/07/09 | 610 | LVNV Funding LLC its successors and<br>assigns as<br>assignee of Citibank<br>Resurgent Capital Services,PO Box 10587<br>Greenville, SC 29603-0587<br><7100-00   General Unsecured § 726(a)(2)><br>$5.28 paid through the Chapter 13 Bankruptcy. | 60.05 | 60.05 | 5.28 | 54.77 | 12.77 |
| 8 | 01/07/09 | 610 | LVNV Funding LLC its successors and<br>assigns as<br>assignee of Citibank<br>Resurgent Capital Services,PO Box 10587<br>Greenville, SC 29603-0587<br><7100-00   General Unsecured § 726(a)(2)><br>$24.46 paid through the Chapter 13 bankruptcy. | 278.03 | 278.03 | 24.46 | 253.57 | 59.11 |
| 9 | 01/16/09 | 610 | eCAST Settlement Corporation assignee<br>of<br>Capital One Bank<br>POB 35480<br>Newark, NJ 07193-5480<br><7100-00   General Unsecured § 726(a)(2)><br>$1,025.89 payment paid through the Chapter 13 Bankruptcy. | 11,660.45 | 11,660.45 | 1,025.89 | 10,634.56 | 2,478.93 |

# Claims Distribution Register

## Case: 08-73473   PILARSKI, WILLIAM J

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 10 | 01/16/09 | 610 | eCAST Settlement Corporation assignee of<br>Capital One Bank<br>POB 35480<br>Newark, NJ 07193-5480<br><7100-00   General Unsecured § 726(a)(2)><br>$3,038.88 paid through the Chapter 13 Bankruptcy. | 34,540.41 | 34,540.41 | 3,038.88 | 31,501.53 | 7,343.03 |
| 11 | 01/19/09 | 610 | PRA Receivables Management LLC As Agent Of<br>Portfolio Recovery Associates LLC<br>c/o MBNA/Bank of America,POB 41067<br>Norfolk, VA 23541<br><7100-00   General Unsecured § 726(a)(2)><br>$1,489.64 paid through the Chapter 13 bankruptcy. | 16,931.46 | 16,931.46 | 1,489.64 | 15,441.82 | 3,599.50 |
| 12 | 02/06/09 | 610 | eCAST Settlement Corporation<br>POB 35480<br>Newark, NJ 07193-5480<br><7100-00   General Unsecured § 726(a)(2)><br>$844.12 paid through the Chapter 7 bankruptcy. | 9,594.37 | 9,594.37 | 844.12 | 8,750.25 | 2,039.69 |
| 13 | 02/06/09 | 610 | eCAST Settlement Corporation<br>POB 35480<br>Claimant History<br>Newark, NJ 07193-5480<br><7100-00   General Unsecured § 726(a)(2)><br>$235.88 paid through the Chapter 13 bankruptcy. | 2,681.09 | 2,681.09 | 235.88 | 2,445.21 | 569.98 |
| 14 | 02/09/09 | 610 | eCAST Settlement Corporation assignee of<br>Chase Bank USA NA<br>POB 35480<br>Newark, NJ 07193-5480<br><7100-00   General Unsecured § 726(a)(2)><br>$287.13 paid through the Chapter 13 bankruptcy. | 3,263.62 | 3,263.62 | 287.13 | 2,976.49 | 693.83 |
| 15 | 03/02/09 | 610 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221<br><7100-00   General Unsecured § 726(a)(2)><br>$3,316.33 paid through the Chapter 13 bankruptcy. | 37,693.90 | 37,693.90 | 3,316.33 | 34,377.57 | 8,013.43 |
| 16 | 03/02/09 | 610 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221<br><7100-00   General Unsecured § 726(a)(2)><br>$1,016.76 paid through the Chapter 13 bankruptcy. | 11,556.61 | 11,556.61 | 1,016.76 | 10,539.85 | 2,456.84 |
| | | | **Total for Priority 610:   30.05729% Paid** | **$182,806.74** | **$182,806.74** | **$14,535.94** | **$168,270.80** | **$40,410.82** |
| | | | **Total for Unsecured Claims:** | **$182,806.74** | **$182,806.74** | **$14,535.94** | **$168,270.80** | **$40,410.82** |
| | | | **Total for Case :** | **$517,065.86** | **$193,683.84** | **$14,535.94** | **$179,147.90** | **$51,287.92** |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-73473
Case Name:  PILARSKI, WILLIAM J
Trustee Name:  JAMES E. STEVENS

**Balance on hand:**                    $            51,287.92

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | Citimortgage Inc. | 308,660.71 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:   $             0.00
Remaining balance:                        $         51,287.92

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JAMES E. STEVENS | 6,027.45 | 0.00 | 6,027.45 |
| Attorney for Trustee, Fees - BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA LLP | 4,806.50 | 0.00 | 4,806.50 |
| Attorney for Trustee, Expenses - BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA | 43.15 | 0.00 | 43.15 |

Total to be paid for chapter 7 administration expenses:   $        10,877.10
Remaining balance:                                        $        40,410.82

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $          0.00
Remaining balance:                                           $        40,410.82

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:    **$**    0.00

Remaining balance:    **$**    40,410.82

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 182,806.74 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 30.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Cabela's Visa | 9,034.15 | 804.28 | 1,911.14 |
| 3 | US Bank N.A. | 26,985.23 | 2,374.17 | 5,736.86 |
| 4 | Direct Loans Servicing Center | 17,696.19 | 0.00 | 5,319.00 |
| 5U | Internal Revenue Service | 508.30 | 44.72 | 108.06 |
| 6 | LVNV Funding LLC its successors and assigns as | 322.88 | 28.40 | 68.65 |
| 7 | LVNV Funding LLC its successors and assigns as | 60.05 | 5.28 | 12.77 |
| 8 | LVNV Funding LLC its successors and assigns as | 278.03 | 24.46 | 59.11 |
| 9 | eCAST Settlement Corporation assignee of | 11,660.45 | 1,025.89 | 2,478.93 |
| 10 | eCAST Settlement Corporation assignee of | 34,540.41 | 3,038.88 | 7,343.03 |
| 11 | PRA Receivables Management LLC As Agent Of | 16,931.46 | 1,489.64 | 3,599.50 |
| 12 | eCAST Settlement Corporation | 9,594.37 | 844.12 | 2,039.69 |
| 13 | eCAST Settlement Corporation | 2,681.09 | 235.88 | 569.98 |
| 14 | eCAST Settlement Corporation assignee of | 3,263.62 | 287.13 | 693.83 |
| 15 | Roundup Funding, LLC | 37,693.90 | 3,316.33 | 8,013.43 |
| 16 | Roundup Funding, LLC | 11,556.61 | 1,016.76 | 2,456.84 |

**UST Form 101-7-TFR (05/1/2011)**

Total to be paid for timely general unsecured claims:          $                    40,410.82
Remaining balance:                                                                $                         0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:          $                         0.00
Remaining balance:                                                                $                         0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $                         0.00
Remaining balance:                                $                         0.00

**UST Form 101-7-TFR (05/1/2011)**