UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| In re: PILARSKI, WILLIAM J | § Case No. 08-73473 |
| PILARSKI, BARBARA LYNN | § |
| | § |
| Debtor(s) | § |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>JAMES E. STEVENS</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    United States Bankruptcy Court
    211 South Court Street
    Rockford, IL 61101

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within    1 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 01:00PM on 11/16/2011 in Courtroom 115, United States Courthouse,
211 South Court Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  10/14/2011          By:  /s/JAMES E. STEVENS
                                                                                   Trustee

JAMES E. STEVENS  
6833 Stalter Drive  
Rockford, IL  61108  
(815) 962-6611  
jstevens@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| In re: PILARSKI, WILLIAM J | § | Case No. 08-73473 |
|---|---|---|
| PILARSKI, BARBARA LYNN | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 70,084.85 |
| *and approved disbursements of* | $ 18,796.93 |
| *leaving a balance on hand of* [1] | $ 51,287.92 |
| **Balance on hand:** | $ 51,287.92 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | Citimortgage Inc. | 308,660.71 | 0.00 | 0.00 | 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 51,287.92 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JAMES E. STEVENS | 6,027.45 | 0.00 | 6,027.45 |
| Attorney for Trustee, Fees - BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA LLP | 4,806.50 | 0.00 | 4,806.50 |
| Attorney for Trustee, Expenses - BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA | 43.15 | 0.00 | 43.15 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 10,877.10 |
| Remaining balance: | $ 40,410.82 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

|  |  |
|---|---|
| Total to be paid for prior chapter administrative expenses: | $         0.00 |
| Remaining balance: | $    40,410.82 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |
|---|---|
| Total to be paid for priority claims: | $         0.00 |
| Remaining balance: | $    40,410.82 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 182,806.74 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 30.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Cabela's Visa | 9,034.15 | 804.28 | 1,911.14 |
| 3 | US Bank N.A. | 26,985.23 | 2,374.17 | 5,736.86 |
| 4 | Direct Loans Servicing Center | 17,696.19 | 0.00 | 5,319.00 |
| 5U | Internal Revenue Service | 508.30 | 44.72 | 108.06 |
| 6 | LVNV Funding LLC its successors and assigns as | 322.88 | 28.40 | 68.65 |
| 7 | LVNV Funding LLC its successors and assigns as | 60.05 | 5.28 | 12.77 |
| 8 | LVNV Funding LLC its successors and assigns as | 278.03 | 24.46 | 59.11 |
| 9 | eCAST Settlement Corporation assignee of | 11,660.45 | 1,025.89 | 2,478.93 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 10 | eCAST Settlement Corporation assignee of | 34,540.41 | 3,038.88 | 7,343.03 |
| 11 | PRA Receivables Management LLC As Agent Of | 16,931.46 | 1,489.64 | 3,599.50 |
| 12 | eCAST Settlement Corporation | 9,594.37 | 844.12 | 2,039.69 |
| 13 | eCAST Settlement Corporation | 2,681.09 | 235.88 | 569.98 |
| 14 | eCAST Settlement Corporation assignee of | 3,263.62 | 287.13 | 693.83 |
| 15 | Roundup Funding, LLC | 37,693.90 | 3,316.33 | 8,013.43 |
| 16 | Roundup Funding, LLC | 11,556.61 | 1,016.76 | 2,456.84 |

Total to be paid for timely general unsecured claims: $ 40,410.82
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/JAMES E. STEVENS
Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                              United States Bankruptcy Court
                              Northern District of Illinois
In re:                                                                Case No. 08-73473-MB
William J Pilarski                                                    Chapter 7
Barbara Lynn Pilarski
      Debtors                    CERTIFICATE OF NOTICE
District/off: 0752-3          User: cshabez              Page 1 of 2                   Date Rcvd: Oct 18, 2011
                              Form ID: pdf006            Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 20, 2011.
db/jdb       +William J Pilarski,    Barbara Lynn Pilarski,    8117 White Oaks Road,    Wonder Lake, IL 60097-9199
12792620     +ATG Credit LLC,    o/b/o Bank of America,    PO Box 14895,    Chicago, IL 60614-0895
12792621      Bank of America,    PO Box 15026,    Wilmington, DE 19886-5026
12792622      Bank of America,    PO Box 15184,    Wilmington, DE 19886-5184
12792624      Bank of America,    PO Box 37271,    Baltimore, MD 21297-3271
12792626      Capital One Bank,    PO Box 60024,    City of Industry, CA 91716-0024
12792628      Chase,   PO BOX 15153,    Wilmington, DE 19850-5153
12792629     +Chase Bank,    131 S. Dearborn Street, 5th Floor,    Chicago, IL 60603-5571
12792630     +Citimortgage,    PO BOX 183040,    Columbus, OH 43218-3040
12837662      Citimortgage Inc.,    PO Box 6941,    The Lakes, NV 88901-6941
12792631     +Creditors Financial Group,    o/b/o Chase Card Services,    3131 South Vaughnn Way, Ste 110,
               Aurora, CO 80014-3501
12792632      Direct Loans Servicing Center,    US Dept. of Education,    PO Box 5609,
               Greenville, TX 75403-5609
13500665      FIA Card Services aka Bank of America,    by eCAST Settlement Corporation,    as its agent,
               POB 35480,    Newark NJ 07193-5480
12792633      Firstsource Advantage,    o/b/o HSBC Business Solutions,    6341 Inducon Drive East,
               Sanborn, NY 14132-9097
12792634      Ford Motor Credit,    PO B ox 790093,    St. Louis, MO 63179-0093
12792636     +HSBC Business Solutions,    PO Box 4160,    Carol Stream, IL 60197-4160
12792637    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court: Internal Revenue Service,     PO BOX 21126,    Philadelphia, PA 19114)
12792638      National City,    PO Box 856176,    Louisvillle, KY 40285-6176
13054256     +PRA Receivables Management LLC As Agent Of,    Portfolio Recovery Associates LLC,
               c/o MBNA/Bank of America,    POB 41067,    Norfolk VA 23541-1067
12792639     +Phillips & Cohen Associates,    o/b/o Bank of America,    PO Box 48458,    Oak Park, MI 48237-6058
12792641    ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: US Bank,    PO Box 790408,    St Louis, MO 63179-0408)
12923109    ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: US Bank N.A.,    POB 5229,    Cincinnati, OH 45201-5229)
12792625     +World's Foremost Bank,    Cabela's Club Visa,    PO Box 82609,    Lincoln, NE 68501-2609
14283314      eCAST Settlement Corporation,    POB 35480,    Newark NJ 07193-5480
13048675      eCAST Settlement Corporation assignee of,    Capital One Bank,    POB 35480,    Newark NJ 07193-5480
13505107      eCAST Settlement Corporation assignee of,    Chase Bank USA NA,    POB 35480,
               Newark NJ 07193-5480

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13023284      E-mail/Text: resurgentbknotifications@resurgent.com Oct 19 2011 02:05:29
               LVNV Funding LLC its successors and assigns as,    assignee of Citibank,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
12792640      E-mail/Text: bankruptcy@proconsrv.com Oct 19 2011 02:09:22      Pro Consulting Services, Inc.,
               o/b/o Home Depot,    PO Box 66768,    Houston, TX 77266-6768
13592402      E-mail/PDF: BNCEmails@blinellc.com Oct 19 2011 03:43:09      Roundup Funding, LLC,   MS 550,
               PO Box 91121,   Seattle, WA 98111-9221
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12792627*     Capital One Bank,    PO Box 60024,    City of Industry, CA 91716-0024
13500666*     FIA Card Services aka Bank of America,    by eCAST Settlement Corporation,    as its agent,
               POB 35480,    Newark NJ 07193-5480
13048676*     eCAST Settlement Corporation assignee of,    Capital One Bank,    POB 35480,    Newark NJ 07193-5480
12792623    ##Bank of America,    PO Box 17309,    Baltimore, MD 21297-1309
12792635    ##Home Depot,    PO Box 689100,    Des Moines, IA 50368-9100
                                                                                 TOTALS: 0, * 3, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-3           User: cshabez              Page 2 of 2              Date Rcvd: Oct 18, 2011
                               Form ID: pdf006            Total Noticed: 29

                  ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 20, 2011**                    **Signature:**   /s/ Joseph Speetjens