Printed: 02/15/12 02:46 PM       **Claims Distribution Register**      Page: 2

## Case: 08-73473    PILARSKI, WILLIAM J

| Claim # | Date | Pri | Claimant / Proof / \<Category\> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Unsecured Claims:** | | | | | | | | |
| 2 | 11/19/08 | 610 | Cabela's Visa<br>PO Box 82575<br>Lincoln, NE 68501-2575<br>\<7100-00  General Unsecured § 726(a)(2)\><br>$804.28 paid through the Chapter 13 Plan which was ultimately converted to the Chapter 7. | 9,034.15 | 9,034.15 | 2,715.42 | 6,318.73 | 5.37 |
| 3 | 12/02/08 | 610 | US Bank N.A.<br>POB 5229<br>Cincinnati, OH 45201-5229<br>\<7100-00  General Unsecured § 726(a)(2)\><br>$2,374.17 paid through the Chapter 13 bankruptcy. | 26,985.23 | 26,985.23 | 8,111.03 | 18,874.20 | 16.00 |
| 4 | 12/23/08 | 610 | Direct Loans Servicing Center<br>US Dept. of Education<br>PO Box 5609<br>Greenville, TX 75403-5609<br>\<7100-00  General Unsecured § 726(a)(2)\> | 17,696.19 | 17,696.19 | 5,319.00 | 12,377.19 | 10.49 |
| 5U | 01/07/09 | 610 | Internal Revenue Service<br>PO BOX 21126<br>Philadelphia, PA 19114<br>\<7100-00  General Unsecured § 726(a)(2)\><br>$44.72 previously paid through the Chapter 13 Plan | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6 | 01/07/09 | 610 | LVNV Funding LLC its successors and<br>assigns as<br>assignee of Citibank<br>Resurgent Capital Services,PO Box 10587<br>Greenville, SC 29603-0587<br>\<7100-00  General Unsecured § 726(a)(2)\><br>$28.40 paid through the Chapter 13 bankruptcy. | 322.88 | 322.88 | 97.05 | 225.83 | 0.19 |
| 7 | 01/07/09 | 610 | LVNV Funding LLC its successors and<br>assigns as<br>assignee of Citibank<br>Resurgent Capital Services,PO Box 10587<br>Greenville, SC 29603-0587<br>\<7100-00  General Unsecured § 726(a)(2)\><br>$5.28 paid through the Chapter 13 Bankruptcy. | 60.05 | 60.05 | 18.05 | 42.00 | 0.03 |
| 8 | 01/07/09 | 610 | LVNV Funding LLC its successors and<br>assigns as<br>assignee of Citibank<br>Resurgent Capital Services,PO Box 10587<br>Greenville, SC 29603-0587<br>\<7100-00  General Unsecured § 726(a)(2)\><br>$24.46 paid through the Chapter 13 bankruptcy. | 278.03 | 278.03 | 83.57 | 194.46 | 0.16 |
| 9 | 01/16/09 | 610 | eCAST Settlement Corporation<br>assignee of<br>Capital One Bank<br>POB 35480<br>Newark, NJ 07193-5480<br>\<7100-00  General Unsecured § 726(a)(2)\><br>$1,025.89 payment paid through the Chapter 13 Bankruptcy. | 11,660.45 | 11,660.45 | 3,504.82 | 8,155.63 | 6.91 |

Printed: 02/15/12 02:46 PM             **Claims Distribution Register**                    Page: 3

### Case: 08-73473  PILARSKI, WILLIAM J

| Claim # | Date | Pri | Claimant / Proof / \<Category\> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---:|---:|---:|---:|---:|
| 10 | 01/16/09 | 610 | eCAST Settlement Corporation<br>assignee of<br>Capital One Bank<br>POB 35480<br>Newark, NJ 07193-5480<br>\<7100-00  General Unsecured § 726(a)(2)\><br>$3,038.88 paid through the Chapter 13 Bankruptcy. | 34,540.41 | 34,540.41 | 10,381.91 | 24,158.50 | 20.48 |
| 11 | 01/19/09 | 610 | PRA Receivables Management LLC As Agent Of<br>Portfolio Recovery Associates LLC<br>c/o MBNA/Bank of America,POB 41067<br>Norfolk, VA 23541<br>\<7100-00  General Unsecured § 726(a)(2)\><br>$1,489.64 paid through the Chapter 13 bankruptcy. | 16,931.46 | 16,931.46 | 5,089.14 | 11,842.32 | 10.03 |
| 12 | 02/06/09 | 610 | eCAST Settlement Corporation<br>POB 35480<br>Newark, NJ 07193-5480<br>\<7100-00  General Unsecured § 726(a)(2)\><br>$844.12 paid through the Chapter 7 bankruptcy. | 9,594.37 | 9,594.37 | 2,883.81 | 6,710.56 | 5.68 |
| 13 | 02/06/09 | 610 | eCAST Settlement Corporation<br>POB 35480<br>Claimant History<br>Newark, NJ 07193-5480<br>\<7100-00  General Unsecured § 726(a)(2)\><br>$235.88 paid through the Chapter 13 bankruptcy. | 2,681.09 | 2,681.09 | 805.86 | 1,875.23 | 1.59 |
| 14 | 02/09/09 | 610 | eCAST Settlement Corporation<br>assignee of<br>Chase Bank USA NA<br>POB 35480<br>Newark, NJ 07193-5480<br>\<7100-00  General Unsecured § 726(a)(2)\><br>$287.13 paid through the Chapter 13 bankruptcy. | 3,263.62 | 3,263.62 | 980.96 | 2,282.66 | 1.93 |
| 15 | 03/02/09 | 610 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221<br>\<7100-00  General Unsecured § 726(a)(2)\><br>$3,316.33 paid through the Chapter 13 bankruptcy. | 37,693.90 | 37,693.90 | 11,329.76 | 26,364.14 | 22.35 |
| 16 | 03/02/09 | 610 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221<br>\<7100-00  General Unsecured § 726(a)(2)\><br>$1,016.76 paid through the Chapter 13 bankruptcy. | 11,556.61 | 11,556.61 | 3,473.60 | 8,083.01 | 6.85 |
| | | | Total for Priority 610:  30.11657% Paid | $182,298.44 | $182,298.44 | $54,793.98 | $127,504.46 | $108.06 |
| | | | Total for Unsecured Claims: | $182,298.44 | $182,298.44 | $54,793.98 | $127,504.46 | $108.06 |
| | | | Total for Case : | $516,557.56 | $193,175.54 | $65,671.08 | $127,504.46 | $108.06 |

## Form 2

### Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 08-73473 | | | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|---|---|
| Case Name: | PILARSKI, WILLIAM J | | | Bank Name: | The Bank of New York Mellon |
| | PILARSKI, BARBARA LYNN | | | Account: | 9200-******25-66 - Checking Account |
| Taxpayer ID #: | **-***7898 | | | Blanket Bond: | $372,000.00 (per case limit) |
| Period Ending: | 02/15/12 | | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/16/11 | 107 | Internal Revenue Service | Dividend paid 30.05% on $508.30; Claim# 5U; Filed: $508.30; Reference: Voided on 02/15/12 | 7100-000 | | 108.06 | 27,335.76 |
| 11/16/11 | 108 | LVNV Funding LLC its successors and assigns as | Dividend paid 30.05% on $322.88; Claim# 6; Filed: $322.88; Reference: | 7100-000 | | 68.65 | 27,267.11 |
| 11/16/11 | 109 | LVNV Funding LLC its successors and assigns as | Dividend paid 30.05% on $60.05; Claim# 7; Filed: $60.05; Reference: | 7100-000 | | 12.77 | 27,254.34 |
| 11/16/11 | 110 | LVNV Funding LLC its successors and assigns as | Dividend paid 30.05% on $278.03; Claim# 8; Filed: $278.03; Reference: | 7100-000 | | 59.11 | 27,195.23 |
| 11/16/11 | 111 | eCAST Settlement Corporation assignee of | Dividend paid 30.05% on $11,660.45; Claim# 9; Filed: $11,660.45; Reference: | 7100-000 | | 2,478.93 | 24,716.30 |
| 11/16/11 | 112 | eCAST Settlement Corporation assignee of | Dividend paid 30.05% on $34,540.41; Claim# 10; Filed: $34,540.41; Reference: | 7100-000 | | 7,343.03 | 17,373.27 |
| 11/16/11 | 113 | PRA Receivables Management LLC As Agent Of | Dividend paid 30.05% on $16,931.46; Claim# 11; Filed: $16,931.46; Reference: | 7100-000 | | 3,599.50 | 13,773.77 |
| 11/16/11 | 114 | eCAST Settlement Corporation | Dividend paid 30.05% on $9,594.37; Claim# 12; Filed: $9,594.37; Reference: | 7100-000 | | 2,039.69 | 11,734.08 |
| 11/16/11 | 115 | eCAST Settlement Corporation | Dividend paid 30.05% on $2,681.09; Claim# 13; Filed: $2,681.09; Reference: | 7100-000 | | 569.98 | 11,164.10 |
| 11/16/11 | 116 | eCAST Settlement Corporation assignee of | Dividend paid 30.05% on $3,263.62; Claim# 14; Filed: $3,263.62; Reference: | 7100-000 | | 693.83 | 10,470.27 |
| 11/16/11 | 117 | Roundup Funding, LLC | Dividend paid 30.05% on $37,693.90; Claim# 15; Filed: $37,693.90; Reference: | 7100-000 | | 8,013.43 | 2,456.84 |
| 11/16/11 | 118 | Roundup Funding, LLC | Dividend paid 30.05% on $11,556.61; Claim# 16; Filed: $11,556.61; Reference: | 7100-000 | | 2,456.84 | 0.00 |
| 02/15/12 | 107 | Internal Revenue Service | Dividend paid 30.05% on $508.30; Claim# 5U; Filed: $508.30; Reference: Voided: check issued on 11/16/11 | 7100-000 | | -108.06 | 108.06 |

| | | | | |
|---|---|---|---|---|
| | ACCOUNT TOTALS | | 51,287.92 | 51,179.86 | $108.06 |
| | Less: Bank Transfers | | 51,287.92 | 0.00 | |
| | Subtotal | | 0.00 | 51,179.86 | |
| | Less: Payments to Debtors | | | 0.00 | |
| | NET Receipts / Disbursements | | $0.00 | $51,179.86 | |

() Asset reference(s)

Printed: 02/15/2012 02:46 PM V.12.57

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 5

| Case Number: | 08-73473 | | Trustee: | JAMES E. STEVENS (330420) |
| --- | --- | --- | --- | --- |
| Case Name: | PILARSKI, WILLIAM J | | Bank Name: | The Bank of New York Mellon |
| | PILARSKI, BARBARA LYNN | | Account: | 9200-******25-67 - Money Market Account |
| Taxpayer ID #: | **-***7898 | | Blanket Bond: | $372,000.00 (per case limit) |
| Period Ending: | 02/15/12 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
| --- | --- | --- | --- |
| MMA # 9200-******25-65 | 53,075.69 | 1,787.77 | 0.00 |
| Checking # 9200-******25-66 | 0.00 | 51,179.86 | 108.06 |
| MMA # 9200-******25-67 | 0.00 | 0.00 | 0.00 |
| | $53,075.69 | $52,967.63 | $108.06 |