**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: PILARSKI, WILLIAM J                           § Case No. 08-73473
       PILARSKI, BARBARA LYNN                        §
                                                     §
Debtor(s)                                            §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

   JAMES E. STEVENS, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $750,156.00              Assets Exempt: $176,254.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $54,902.04     Claims Discharged
                                                 Without Payment: $207,051.76

Total Expenses of Administration: $15,138.09

---

   3) Total gross receipts of $   70,084.85   (see **Exhibit 1**), minus funds paid to the debtor
and third parties of $     0.00   (see **Exhibit 2**), yielded net receipts of $70,084.85
from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $526,837.35 | $308,660.71 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 15,138.09 | 15,138.09 | 15,138.09 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 15,300.00 | 14,721.31 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 193,272.05 | 182,298.44 | 182,298.44 | 54,902.04 |
| **TOTAL DISBURSEMENTS** | $735,409.40 | $520,818.55 | $197,436.53 | $70,040.13 |

    4) This case was originally filed under Chapter 7 on October 29, 2008. The case was pending for 42 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/26/2012          By: /s/JAMES E. STEVENS
                                                   Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| CD | 1129-000 | 5,886.36 |
| Miscellaneous jewelry | 1129-000 | 5,000.00 |
| Bonds - EEE | 1129-000 | 20,057.74 |
| Vacant Lot, Hayward, Wisconsin | 1210-000 | 24,600.00 |
| Turnover funds from Chapter 13 | 1290-010 | 14,535.94 |
| Interest Income | 1270-000 | 4.81 |
| **TOTAL GROSS RECEIPTS** | | **$70,084.85** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Citimortgage Inc. | 4110-000 | 312,697.37 | 308,660.71 | 0.00 | 0.00 |
| NOTFILED | National City | 4110-000 | 212,339.98 | N/A | N/A | 0.00 |
| NOTFILED | Ford Motor Credit | 4110-000 | 1,800.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$526,837.35** | **$308,660.71** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 6,027.45 | 6,027.45 | 6,027.45 |
| BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA LLP | 3110-000 | N/A | 4,806.50 | 4,806.50 | 4,806.50 |
| BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA | 3120-000 | N/A | 43.15 | 43.15 | 43.15 |
| Sawyer County Abstract and Title | 2500-000 | N/A | 34.27 | 34.27 | 34.27 |
| Sawyer County Abstract and Title | 2500-000 | N/A | 210.15 | 210.15 | 210.15 |
| Sawyer County Abstract and Title | 3510-000 | N/A | 1,800.00 | 1,800.00 | 1,800.00 |
| Sawyer County Abstract and Title | 2500-000 | N/A | 125.00 | 125.00 | 125.00 |
| Sawyer County Abstract and Title | 2500-000 | N/A | 200.00 | 200.00 | 200.00 |
| Sawyer County Abstract and Title | 2500-000 | N/A | 30.00 | 30.00 | 30.00 |
| Sawyer County Abstract and Title | 2500-000 | N/A | 73.80 | 73.80 | 73.80 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 44.78 | 44.78 | 44.78 |
| iLLINOIS DEPARTMENT OF REVENUE | 2820-000 | N/A | 221.00 | 221.00 | 221.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 101.70 | 101.70 | 101.70 |
| Illinois Department of Revenue | 2820-000 | N/A | 221.00 | 221.00 | 221.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 122.59 | 122.59 | 122.59 |
| Patrick Shaw | 3310-000 | N/A | 973.00 | 973.00 | 973.00 |
| The Bank of New York Mellon | 2600-000 | N/A | -3.63 | -3.63 | -3.63 |
| The Bank of New York Mellon | 2600-000 | N/A | 107.33 | 107.33 | 107.33 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 15,138.09 | 15,138.09 | 15,138.09 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5P | Internal Revenue Service | 5800-000 | 15,300.00 | 13,761.99 | 0.00 | 0.00 |
| 17 | Internal Revenue Service | 5800-000 | N/A | 959.32 | 0.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 15,300.00 | 14,721.31 | 0.00 | 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Cabela's Visa | 7100-000 | 9,141.63 | 9,034.15 | 9,034.15 | 2,720.79 |
| 3 | US Bank N.A. | 7100-000 | 27,186.70 | 26,985.23 | 26,985.23 | 8,127.03 |
| 4 | Direct Loans Servicing Center | 7100-000 | 35,862.51 | 17,696.19 | 17,696.19 | 5,329.49 |
| 5U | Internal Revenue Service | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 6 | LVNV Funding LLC its successors and assigns as | 7100-000 | N/A | 322.88 | 322.88 | 97.24 |
| 7 | LVNV Funding LLC its successors and assigns as | 7100-000 | N/A | 60.05 | 60.05 | 18.08 |
| 8 | LVNV Funding LLC its successors and assigns as | 7100-000 | N/A | 278.03 | 278.03 | 83.73 |
| 9 | eCAST Settlement Corporation assignee of | 7100-000 | 11,700.00 | 11,660.45 | 11,660.45 | 3,511.73 |
| 10 | eCAST Settlement Corporation assignee of | 7100-000 | N/A | 34,540.41 | 34,540.41 | 10,402.39 |
| 11 | PRA Receivables Management LLC As Agent Of | 7100-000 | 16,370.82 | 16,931.46 | 16,931.46 | 5,099.17 |
| 12 | eCAST Settlement Corporation | 7100-000 | 9,919.74 | 9,594.37 | 9,594.37 | 2,889.49 |
| 13 | eCAST Settlement Corporation | 7100-000 | N/A | 2,681.09 | 2,681.09 | 807.45 |
| 14 | eCAST Settlement Corporation assignee of | 7100-000 | 3,435.29 | 3,263.62 | 3,263.62 | 982.89 |
| 15 | Roundup Funding, LLC | 7100-000 | N/A | 37,693.90 | 37,693.90 | 11,352.11 |
| 16 | Roundup Funding, LLC | 7100-000 | N/A | 11,556.61 | 11,556.61 | 3,480.45 |
| NOTFILED | ATG Credit LLC o/b/o Bank of America | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 37,693.90 | N/A | N/A | 0.00 |
| NOTFILED | Phillips & Cohen Associates o/b/o Bank of America | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Pro Consulting Services, Inc. o/b/o Home Depot | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | HSBC Business Solutions | 7100-000 | 5,548.62 | N/A | N/A | 0.00 |
| NOTFILED | Firstsource Advantage o/b/o HSBC Business Solutions | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Chase Bank | 7100-000 | 11,556.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Creditors Financial Group o/b/o Chase Card Services | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Capital One Bank | 7100-000 | 24,856.84 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 193,272.05 | 182,298.44 | 182,298.44 | 54,902.04 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-73473  
**Case Name:** PILARSKI, WILLIAM J  
　　　　　　　PILARSKI, BARBARA LYNN  
**Period Ending:** 04/26/12  

**Trustee:** (330420)   JAMES E. STEVENS  
**Filed (f) or Converted (c):** 03/04/10 (c)  
**§341(a) Meeting Date:** 04/12/10  
**Claims Bar Date:** 07/27/10  

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Cash on hand | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking Account | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking Account State Bank Group Box 350 La | 256.00 | 0.00 | DA | 0.00 | FA |
| 4 | Savings Account | 1,001.00 | 0.00 | DA | 0.00 | FA |
| 5 | CD | 6,000.00 | 6,000.00 | | 5,886.36 | FA |
| 6 | Miscellaneous household goods and furnishings , | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | Miscellaneous books, pictures, art objects | 2,600.00 | 0.00 | DA | 0.00 | FA |
| 8 | Miscellaneous wearing apparel | 200.00 | 0.00 | DA | 0.00 | FA |
| 9 | Miscellaneous jewelry | 3,000.00 | 3,000.00 | | 5,000.00 | FA |
| 10 | Miscellaneous sports equipment | 300.00 | 0.00 | DA | 0.00 | FA |
| 11 | Fishing Poles & Lures | 400.00 | 0.00 | DA | 0.00 | FA |
| 12 | Life Insurance Policy | 0.00 | 0.00 | DA | 0.00 | FA |
| 15 | IRA - Knights of Columbus | 38,646.00 | 0.00 | DA | 0.00 | FA |
| 16 | IRA States Post Office | 103,000.00 | 0.00 | DA | 0.00 | FA |
| 17 | Pension Regional Council of Carpenters Welfare | 21,503.00 | 0.00 | DA | 0.00 | FA |
| 18 | Bonds - EEE | 12,000.00 | 12,000.00 | | 20,057.74 | FA |
| 19 | 2003 Ford Excursion and accessories. | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 20 | Chevrolet Suburban | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 21 | Lincoln Continental | 500.00 | 0.00 | DA | 0.00 | FA |
| 22 | Fishina Champion 186 | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 23 | Dell PC | 500.00 | 0.00 | DA | 0.00 | FA |
| 24 | Lawn Mower | 250.00 | 0.00 | DA | 0.00 | FA |
| 25 | Debtors Residence, 8117 White Oaks Road, - A | 562,500.00 | 0.00 | DA | 0.00 | FA |
| 26 | Vacant Lot,Hayward, Wisconsin  (u) | 15,000.00 | 32,900.00 | | 24,600.00 | FA |
| 27 | Turnover funds from Chapter 13  (u) | 0.00 | 0.00 | | 14,535.94 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 4.81 | FA |
| 26 | Assets　Totals (Excluding unknown values) | $786,156.00 | $53,900.00 | | $70,084.85 | $0.00 |

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-73473  
**Case Name:** PILARSKI, WILLIAM J  
PILARSKI, BARBARA LYNN  
**Period Ending:** 04/26/12

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 03/04/10 (c)  
**§341(a) Meeting Date:** 04/12/10  
**Claims Bar Date:** 07/27/10

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** October 31, 2011       **Current Projected Date Of Final Report (TFR):** October 3, 2011 (Actual)

Printed: 04/26/2012 09:56 AM    V.12.57

| | | | | | | Page: 1 |
|---|---|---|---|---|---|---|
| | | | **Form 2** | | | |
| | | | **Cash Receipts And Disbursements Record** | | | |

**Case Number:** 08-73473  
**Case Name:** PILARSKI, WILLIAM J  
      PILARSKI, BARBARA LYNN  
**Taxpayer ID #:** **-***7898  
**Period Ending:** 04/26/12  

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******25-65 - Money Market Account  
**Blanket Bond:** $372,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/08/11 | {18} | Federal Reserve Bank of Philadelphia | Savings Bonds Redemption | 1129-000 | 20,057.74 | | 20,057.74 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 20,057.84 |
| 03/07/11 | | Sawyer County Abstract and Title | sale of Wisconsin property | | 22,126.78 | | 42,184.62 |
| | {26} | | 24,600.00 | 1210-000 | | | 42,184.62 |
| | | | county taxes from 1/1/2011 to 3/3/2011    -34.27 | 2500-000 | | | 42,184.62 |
| | | | 2010 real estate taxes paid in full    -210.15 | 2500-000 | | | 42,184.62 |
| | | | real estate commission    -1,800.00 | 3510-000 | | | 42,184.62 |
| | | | settlement fee to Sawyer County Abstract    -125.00 | 2500-000 | | | 42,184.62 |
| | | | owners title insurance    -200.00 | 2500-000 | | | 42,184.62 |
| | | | wire service to Sawyer County    -30.00 | 2500-000 | | | 42,184.62 |
| | | | city/county tax stamps to register of deeds    -73.80 | 2500-000 | | | 42,184.62 |
| 03/29/11 | {9} | Barbara L. Pilarski | settlement amount of pp | 1129-000 | 1,000.00 | | 43,184.62 |
| 03/29/11 | {9} | Barbara L. Pilarski | settlement amount of pp | 1129-000 | 1,000.00 | | 44,184.62 |
| 03/29/11 | {9} | Barbara L. Pilarski | settlement amount of pp | 1129-000 | 1,000.00 | | 45,184.62 |
| 03/29/11 | {9} | Barbara L. Pilarski | settlement amount of pp | 1129-000 | 1,000.00 | | 46,184.62 |
| 03/29/11 | {9} | Barbara L. Pilarski | settlement amount of pp | 1129-000 | 1,000.00 | | 47,184.62 |
| 03/29/11 | {5} | Barbara L. Pilarski | settlement amount of pp | 1129-000 | 5,886.36 | | 53,070.98 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 0.37 | | 53,071.35 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.30 | | 53,072.65 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.34 | | 53,073.99 |
| 05/31/11 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/31/2011 FOR CASE #08-73473, Bond #016018067 | 2300-000 | | 44.78 | 53,029.21 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.43 | | 53,029.64 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.44 | | 53,030.08 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 101.70 | 52,928.38 |
| 08/02/11 | 1002 | iLLINOIS DEPARTMENT OF REVENUE | payment of 2010 tax due 38-6947898 EIN for William Pilarski | 2820-000 | | 221.00 | 52,707.38 |
| 08/03/11 | 1003 | Illinois Department of Revenue | payment taxes 2010 Barbara Pilarski EIN#38-6947898 | 2820-000 | | 221.00 | 52,486.38 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.43 | | 52,486.81 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 122.59 | 52,364.22 |

Subtotals :   $53,075.29   $711.07

{} Asset reference(s)                          Printed: 04/26/2012 09:56 AM   V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 08-73473 | | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| Case Name: | PILARSKI, WILLIAM J | | Bank Name: | The Bank of New York Mellon |
| | PILARSKI, BARBARA LYNN | | Account: | 9200-******25-65 - Money Market Account |
| Taxpayer ID #: | **-***7898 | | Blanket Bond: | $372,000.00   (per case limit) |
| Period Ending: | 04/26/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 09/22/11 | 1004 | Patrick Shaw | accounting fees payment per Order 9/21/11 | 3310-000 | | 973.00 | 51,391.22 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -3.63 | 51,394.85 |
| 09/30/11 | | Transfer from account #92003961332566 | Transfer adjustment for service fee | 9999-000 | | -107.33 | 51,502.18 |
| 09/30/11 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0100% | 1270-000 | 0.40 | | 51,502.58 |
| 09/30/11 | | To Account #9200******2566 | transfer to close money market account | 9999-000 | | 51,395.25 | 107.33 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 107.33 | 0.00 |
| | | | ACCOUNT TOTALS | | 53,075.69 | 53,075.69 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 51,287.92 | |
| | | | Subtotal | | 53,075.69 | 1,787.77 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $53,075.69 | $1,787.77 | |

{} Asset reference(s)   Printed: 04/26/2012 09:56 AM    V.12.57

## Form 2

### Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 08-73473 | | | **Trustee:** | JAMES E. STEVENS (330420) |
| --- | --- | --- | --- | --- | --- |
| **Case Name:** | PILARSKI, WILLIAM J | | | **Bank Name:** | The Bank of New York Mellon |
| | PILARSKI, BARBARA LYNN | | | **Account:** | 9200-******25-66 - Checking Account |
| **Taxpayer ID #:** | **-***7898 | | | **Blanket Bond:** | $372,000.00   (per case limit) |
| **Period Ending:** | 04/26/12 | | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/04/10 | | TURNOVER FUNDS FROM CHAPTER 13 | | | 0.00 | | 0.00 |
| | {27} | | 14,535.94 | 1290-010 | | | 0.00 |
| | | Cabela's Visa | -804.28 | 7100-000 | | | 0.00 |
| | | US Bank N.A. | -2,374.17 | 7100-000 | | | 0.00 |
| | | Internal Revenue Service | -44.72 | 7100-000 | | | 0.00 |
| | | LVNV Funding LLC its successors and assigns as | -28.40 | 7100-000 | | | 0.00 |
| | | LVNV Funding LLC its successors and assigns as | -5.28 | 7100-000 | | | 0.00 |
| | | LVNV Funding LLC its successors and assigns as | -24.46 | 7100-000 | | | 0.00 |
| | | eCAST Settlement Corporation assignee of | -1,025.89 | 7100-000 | | | 0.00 |
| | | eCAST Settlement Corporation assignee of | -3,038.88 | 7100-000 | | | 0.00 |
| | | PRA Receivables Management LLC As Agent Of | -1,489.64 | 7100-000 | | | 0.00 |
| | | eCAST Settlement Corporation | -844.12 | 7100-000 | | | 0.00 |
| | | eCAST Settlement Corporation | -235.88 | 7100-000 | | | 0.00 |
| | | eCAST Settlement Corporation assignee of | -287.13 | 7100-000 | | | 0.00 |
| | | Roundup Funding, LLC | -3,316.33 | 7100-000 | | | 0.00 |
| | | Roundup Funding, LLC | -1,016.76 | 7100-000 | | | 0.00 |
| 09/30/11 | | From Account #9200******2565 | transfer to close money market account | 9999-000 | 51,395.25 | | 51,395.25 |
| 09/30/11 | | Transfer to accuont #92003961332565 | Transfer adjustment for service fee | 9999-000 | -107.33 | | 51,287.92 |
| 11/16/11 | 101 | JAMES E. STEVENS | Dividend paid 100.00% on $6,027.45, Trustee Compensation;  Reference: | 2100-000 | | 6,027.45 | 45,260.47 |
| 11/16/11 | 102 | BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA LLP | Dividend paid 100.00% on $4,806.50, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 4,806.50 | 40,453.97 |
| 11/16/11 | 103 | BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA | Dividend paid 100.00% on $43.15, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 43.15 | 40,410.82 |
| 11/16/11 | 104 | Cabela's Visa | Dividend paid  30.05% on $9,034.15; Claim# 2; Filed: $9,034.15; Reference: | 7100-000 | | 1,911.14 | 38,499.68 |
| 11/16/11 | 105 | US Bank N.A. | Dividend paid  30.05% on $26,985.23; Claim# 3; Filed: $26,985.23; Reference: | 7100-000 | | 5,736.86 | 32,762.82 |
| 11/16/11 | 106 | Direct Loans Servicing Center | Dividend paid  30.05% on $17,696.19; Claim# | 7100-000 | | 5,319.00 | 27,443.82 |

Subtotals :    $51,287.92    $23,844.10

{} Asset reference(s)

Printed: 04/26/2012 09:56 AM    V.12.57

Exhibit 9

# FORM 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 08-73473  
**Case Name:** PILARSKI, WILLIAM J  
PILARSKI, BARBARA LYNN  
**Taxpayer ID #:** **-***7898  
**Period Ending:** 04/26/12  

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******25-66 - Checking Account  
**Blanket Bond:** $372,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | 4; Filed: $17,696.19; Reference: | | | | |
| 11/16/11 | 107 | Internal Revenue Service | Dividend paid 30.05% on $508.30; Claim# 5U; Filed: $508.30; Reference: Voided on 02/15/12 | 7100-000 | | 108.06 | 27,335.76 |
| 11/16/11 | 108 | LVNV Funding LLC its successors and assigns as | Dividend paid 30.05% on $322.88; Claim# 6; Filed: $322.88; Reference: | 7100-000 | | 68.65 | 27,267.11 |
| 11/16/11 | 109 | LVNV Funding LLC its successors and assigns as | Dividend paid 30.05% on $60.05; Claim# 7; Filed: $60.05; Reference: | 7100-000 | | 12.77 | 27,254.34 |
| 11/16/11 | 110 | LVNV Funding LLC its successors and assigns as | Dividend paid 30.05% on $278.03; Claim# 8; Filed: $278.03; Reference: | 7100-000 | | 59.11 | 27,195.23 |
| 11/16/11 | 111 | eCAST Settlement Corporation assignee of | Dividend paid 30.05% on $11,660.45; Claim# 9; Filed: $11,660.45; Reference: | 7100-000 | | 2,478.93 | 24,716.30 |
| 11/16/11 | 112 | eCAST Settlement Corporation assignee of | Dividend paid 30.05% on $34,540.41; Claim# 10; Filed: $34,540.41; Reference: | 7100-000 | | 7,343.03 | 17,373.27 |
| 11/16/11 | 113 | PRA Receivables Management LLC As Agent Of | Dividend paid 30.05% on $16,931.46; Claim# 11; Filed: $16,931.46; Reference: | 7100-000 | | 3,599.50 | 13,773.77 |
| 11/16/11 | 114 | eCAST Settlement Corporation | Dividend paid 30.05% on $9,594.37; Claim# 12; Filed: $9,594.37; Reference: | 7100-000 | | 2,039.69 | 11,734.08 |
| 11/16/11 | 115 | eCAST Settlement Corporation | Dividend paid 30.05% on $2,681.09; Claim# 13; Filed: $2,681.09; Reference: | 7100-000 | | 569.98 | 11,164.10 |
| 11/16/11 | 116 | eCAST Settlement Corporation assignee of | Dividend paid 30.05% on $3,263.62; Claim# 14; Filed: $3,263.62; Reference: | 7100-000 | | 693.83 | 10,470.27 |
| 11/16/11 | 117 | Roundup Funding, LLC | Dividend paid 30.05% on $37,693.90; Claim# 15; Filed: $37,693.90; Reference: | 7100-000 | | 8,013.43 | 2,456.84 |
| 11/16/11 | 118 | Roundup Funding, LLC | Dividend paid 30.05% on $11,556.61; Claim# 16; Filed: $11,556.61; Reference: | 7100-000 | | 2,456.84 | 0.00 |
| 02/15/12 | 107 | Internal Revenue Service | Dividend paid 30.05% on $508.30; Claim# 5U; Filed: $508.30; Reference: Voided: check issued on 11/16/11 | 7100-000 | | -108.06 | 108.06 |
| 02/16/12 | 119 | Cabela's Visa | Dividend paid 30.11% on $9,034.15; Claim# 2; Filed: $9,034.15; Reference: | 7100-000 | | 5.37 | 102.69 |
| 02/16/12 | 120 | US Bank N.A. | Dividend paid 30.11% on $26,985.23; Claim# 3; Filed: $26,985.23; Reference: | 7100-000 | | 16.00 | 86.69 |
| 02/16/12 | 121 | Direct Loans Servicing Center | Dividend paid 30.11% on $17,696.19; Claim# 4; Filed: $17,696.19; Reference: | 7100-000 | | 10.49 | 76.20 |
| 02/16/12 | 122 | eCAST Settlement Corporation assignee of | Dividend paid 30.11% on $11,660.45; Claim# 9; Filed: $11,660.45; Reference: | 7100-000 | | 6.91 | 69.29 |
| 02/16/12 | 123 | eCAST Settlement Corporation assignee of | Dividend paid 30.11% on $34,540.41; Claim# 10; Filed: $34,540.41; Reference: | 7100-000 | | 20.48 | 48.81 |

Subtotals :  $0.00    $27,395.01

{} Asset reference(s)

Printed: 04/26/2012 09:56 AM    V.12.57

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

**Case Number:** 08-73473  
**Case Name:** PILARSKI, WILLIAM J  
PILARSKI, BARBARA LYNN  
**Taxpayer ID #:** **-***7898  
**Period Ending:** 04/26/12

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******25-66 - Checking Account  
**Blanket Bond:** $372,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/16/12 | 124 | PRA Receivables Management LLC As Agent Of | Dividend paid 30.11% on $16,931.46; Claim# 11; Filed: $16,931.46; Reference: | 7100-000 | | 10.03 | 38.78 |
| 02/16/12 | 125 | eCAST Settlement Corporation | Dividend paid 30.11% on $9,594.37; Claim# 12; Filed: $9,594.37; Reference: | 7100-000 | | 5.68 | 33.10 |
| 02/16/12 | 126 | Roundup Funding, LLC | Dividend paid 30.11% on $37,693.90; Claim# 15; Filed: $37,693.90; Reference: | 7100-000 | | 22.35 | 10.75 |
| 02/16/12 | 127 | Roundup Funding, LLC | Dividend paid 30.11% on $11,556.61; Claim# 16; Filed: $11,556.61; Reference: | 7100-000 | | 6.85 | 3.90 |
| 02/16/12 | 128 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | | | 3.90 | 0.00 |
| | | | Dividend paid 30.11% on $322.88; Claim# 6; Filed: $322.88     0.19 | 7100-000 | | | 0.00 |
| | | | Dividend paid 30.11% on $60.05; Claim# 7; Filed: $60.05     0.03 | 7100-000 | | | 0.00 |
| | | | Dividend paid 30.11% on $278.03; Claim# 8; Filed: $278.03     0.16 | 7100-000 | | | 0.00 |
| | | | Dividend paid 30.11% on $2,681.09; Claim# 13; Filed: $2,681.09     1.59 | 7100-000 | | | 0.00 |
| | | | Dividend paid 30.11% on $3,263.62; Claim# 14; Filed: $3,263.62     1.93 | 7100-000 | | | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 51,287.92 | 51,287.92 | $0.00 |
| Less: Bank Transfers | 51,287.92 | 0.00 | |
| **Subtotal** | 0.00 | 51,287.92 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$51,287.92** | |

{} Asset reference(s)

Printed: 04/26/2012 09:56 AM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

| **Case Number:** | 08-73473 | | **Trustee:** | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| **Case Name:** | PILARSKI, WILLIAM J | | **Bank Name:** | The Bank of New York Mellon |
| | PILARSKI, BARBARA LYNN | | **Account:** | 9200-******25-67 - Money Market Account |
| **Taxpayer ID #:** | **-***7898 | | **Blanket Bond:** | $372,000.00  (per case limit) |
| **Period Ending:** | 04/26/12 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | | | | | |
| | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-******25-65** | 53,075.69 | 1,787.77 | 0.00 |
| **Checking # 9200-******25-66** | 0.00 | 51,287.92 | 0.00 |
| **MMA # 9200-******25-67** | 0.00 | 0.00 | 0.00 |
| | $53,075.69 | $53,075.69 | $0.00 |

{} Asset reference(s)                                                                                                       Printed: 04/26/2012 09:56 AM    V.12.57